# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

February 22, 2021

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Marshall<br>　　　　　　　　　Plaintiff,<br><br>　　　　- *against* -<br><br>Annucci, et al<br>　　　　　　　　　Defendants. | **RESCHEDULING ORDER**<br><br>7:16-cv-08622-PMH-PED |

TO ALL PARTIES:

The telephone conference scheduled for <u>February 23, 2021 at 10:00  am </u>before the

Hon. Paul E. Davison, U.S.M.J., is to be rescheduled. Scheduling order to follow.

**<u>NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 22, 2021**

DOC # _____ Feb 22, 2021

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

Feb 22, 2021