

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**STEPHEN NATHAN WILLIAMS**

Nathan.Williams@dechert.com

August 1, 2022

> Application granted. The time to file a pre-motion conference letter together with the Rule 56.1 Statement and responses is extended to 9/5/2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 2, 2022

**VIA ECF**

Honorable Philip M. Halpern
United States District Judge
Federal Building and Court House
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Marshall v. Waldron*, 7:16-cv-8622 (PMH)

Dear Judge Halpern:

    We write on behalf of Plaintiff Anthony Marshall to seek a two-week extension of time for the submission of pre-motion letters for summary judgment in the above-referenced matter.

    Defendants previously applied, with Plaintiff's consent, to extend the deadline for submission of pre-motion letters until August 22, 2022. The Court granted Defendants' application. Pursuant to paragraph E(iv) of Your Honor's Individual Practices, a party must respond to a prospective movant's Rule 56.1 Statement in advance of the pre-motion letter deadline. Due to scheduled personal and medical leave by Plaintiff's counsel during the two weeks prior to the pre-motion letter deadline, we request that the same deadline be extended until September 5, 2022, to ensure counsel's availability to respond to Defendants' Rule 56.1 Statement.

    We have conferred with Defendants, who consent to this request.

    Respectfully submitted,

    /s/ Stephen Nathan Williams

    Stephen Nathan Williams