STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

LITIGATION BUREAU

> Application granted. The pre-motion conference is adjourned to 11/28/2022 at 12:00 p.m. to be held in Courtroom 520 of the White Plains courthouse.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 17, 2022

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: Marshall v. Annucci, 16 Civ. 8622 (PMH)

Dear Judge Halpern:

I represent the defendants in the above-referenced matter. I write to respectfully request an adjournment of the date set for the pre-motion conference in this matter. The pre-motion conference is presently scheduled for Tuesday, November 22 at 10:00 a.m. On Friday, November 18, 2022, I am required to begin calling into the New York State Supreme Court, Queens County to learn whether I am required to report for jury service beginning on Monday, November 21, 2022. If I am not required to appear on November 21, 2022, I am required to call each day thereafter to learn whether I must appear the following day. In Queens County, a prospective juror can obtain one automatic adjournment for jury duty. I previously used that adjournment as I was scheduled for jury duty during a time when I was supervising a trial. Accordingly, as I may be unavailable on November 22, 2022, and I will not know until November 18, 2022, or November 21, 2022, I respectfully request that the pre-motion conference be adjourned to a date convenient to the Court. I have spoken with Plaintiff's counsel, Mr. Williams, and he has advised me that he is unavailable from November 29 to December 1, 2022. Therefore, I respectfully request that the conference not be scheduled during that time to avoid the need for a subsequent request for an adjournment by Plaintiff's counsel.

Wherefore, it is respectfully requested that the pre-motion conference in this matter be rescheduled to a date convenient for the Court.

Respectfully submitted,

*Rebecca Ann Durden*
Rebecca Ann Durden
Assistant Attorney General