

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

COUNSEL
BUREAU

> Application granted. The pre-motion conference is adjourned to 12/20/2022 at 12:00 p.m. to be held in Courtroom 520 of the White Plains courthouse.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         November 14, 2022

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: Marshall v. Annucci, 16 Civ. 8622 (PMH)

Dear Judge Halpern:

     I represent the Defendants in the above-referenced action. With the consent of Plaintiff's counsel, I write to respectfully request an adjournment of the Pre-Motion Conference currently scheduled for Monday, November 28, 2022. I am scheduled to commence a trial in the matter of *Santiago v. Cuomo*, 12-CIv-02137(KAM)(ST)(EDNY). I did not submit the request earlier as the parties believed that an adjournment of the trial would take place. However, on Saturday, November 12, 2022, the Court denied Plaintiff's request for an adjournment. I have consulted with Plaintiff's counsel and all parties are available the week of December 19, 2022. Wherefore, it is respectfully requested that the Pre-Motion conference scheduled for Monday, November 28, 2022, be adjourned to a date convenient to the Court.

                              Respectfully submitted,

                              *Rebecca Ann Durden*

                              Rebecca Ann Durden
                              Assistant Attorney General