UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY MARSHALL,

                Plaintiff,

-against-

ANTHONY ANNUCCI, et al.,

                Defendants.

ORDER

16-CV-08622 (PMH)

PHILIP M. HALPERN, United States District Judge:

Oral argument has been scheduled on the pending motion for summary judgment.

The oral argument will be held on December 19, 2023 at 3:00 p.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

SO ORDERED.

Dated: White Plains, New York
       November 28, 2023

_____
Philip M. Halpern
United States District Judge