UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MARSHALL,<br><br>                              Plaintiff,<br><br>            -against-<br><br> ANTHONY ANNUCCI, et al.,<br><br>                              Defendants. | ORDER<br><br>16-CV-08622 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today in Courtroom 520 for oral argument on Defendants'
motion for summary judgment. Having considered the briefs, the record, and the parties'
presentations, for the reasons stated on the record and the law cited therein, the Court:

1) granted the parties' motions to seal (Doc. 222; Doc. 238);

2) denied Defendants' motion for summary judgment (Doc. 223);

3) directed the parties to meet and confer and file, by February 26, 2024, pretrial submissions
   in accordance with Individual Practices Rules 6(A) and 6(B); and

4) scheduled a pretrial conference for April 10, 2024 at 2:30 pm.

   See Transcript.

   The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 222;
Doc. 223; Doc. 238).

SO ORDERED:

Dated:  White Plains, New York
           December 19, 2023

_____
Philip M. Halpern
United States District Judge