

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

January 2[...]

> Application granted. Pretrial submissions are due April 8, 2024. The pretrial conference scheduled for April 10, 2024 is adjourned to May 23, 2024 at 2:30 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 23, 2024

**BY ECF**
Hon. Philip M. Halpern
United States District Court, Southern District of [...]
300 Quarropas Street, Room 530
White Plains, New York 10601

       Re:     <u>Marshall v. Annucci et al., 16-cv-08622 (PMH)</u>

Dear Judge Halpern:

       This Office represents the defendants in this matter. Please accept this letter as a request to adjourn the February 26, 2024 pre-trial submission deadline to April 8, 2024 and to adjourn the April 10, 2024 pretrial conference to May 8, 2024. Alternatively, if the Court wishes not to adjourn the April 10 conference, we request for this conference to be converted to a status conference.

       The parties have been in touch regarding a possible resolution of this matter. An extra six weeks will allow this Office to determine our settlement authority, which is currently being evaluated. Additionally, and as you may know, Rebecca Durden is retiring from our Office in the upcoming weeks. We request the extra time to allow incoming counsel time to fully evaluate this case to make the determinations required in the pre-trial submissions.

       All parties have consented to this application. We thank the Court for its attention to this matter.

                                                   Respectfully submitted,

                                                   <u>/s/ Andrew Blancato</u>
                                                   ANDREW BLANCATO
                                                   Assistant Attorney General
                                                   New York Attorney General
                                                   28 Liberty Street
                                                   New York, NY 10005
                                                   (212) 416-6359
                                                   andrew.blancato@ag.ny.gov

cc:     (via ECF)
         Counsel of Record