

State of New York
Office of the Attorney General

LETITIA JAMES
ATTORNEY GENERAL

WRITER'S DIRECT

> Application granted. Pretrial submissions are due May 7, 2024. The pretrial conference scheduled for May 23, 2024 is adjourned to June 18, 2024 at 11:30 a.m. **No further extensions of these deadlines will be granted.**
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 4, 2024

Via ECF
Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Marshall v. Annucci, et al.* S.D.N.Y. No. 16 Civ. 8622 (PMH) (VR)

Dear Judge Halpern:

I respectfully write on behalf of all parties to request a 30-day enlargement of the present deadline for pre-trial submissions of April 8, 2024 until May 7, 2024, and a 30-day adjournment of the May 8, 2024 pretrial conference date to June 7, 2024 or a date convenient to the Court thereafter. There has been one prior request to adjourn the pretrial conference and extend the deadline for pretrial submissions, which was granted on January 23, 2024 (ECF No. 246).

The reason for the present request is that the parties have been negotiating in good faith and are optimistic that a final agreement can be reached shortly.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

 /s/ *Seth J. Farber*
Seth J. Farber
Special Litigation Counsel
Seth.Farber@ag.ny.gov
Attorney for Defendants

By: */s/ David A. Kotler*
David A. Kotler
S. Nathan Williams
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
david.kotler@dechert.com

nathan.williams@dechert.com
Telephone: (212) 698-3500

Maria Pagano
Andrew Stecker
PRISONERS' LEGAL SERVICES
OF NEW YORK
14 Lafayette Square, Suite 510
Buffalo, New York 14203
mpagano@plsny.org
astecker@plsny.org
Telephone: (716) 854-1007

Matthew McGowan
PRISONERS' LEGAL SERVICES
OF NEW YORK
41 State St., Suite M112
Albany, New York 12207
mmcgowan@plsny.org
Telephone: (518) 438-8046
*Attorneys for Plaintiff*